Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Melissa Kimari

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Melissa Kimari**, an individual, | Case No. 17-cv-2138-BEN-AGS |
| Plaintiff, | |
| v. | **Notice of Settlement** |
| **Direct Recovery Services, LLC,** a limited liability company, | Hon. Roger T. Benitez |
| Defendant. | |

Plaintiff Melissa Kimari ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant direct Recovery Services, LLC ("DRS") by and through their counsel have reached an agreement in principle to settle all claims pending in the present litigation.

Plaintiff and DRS are in the process of documenting a formal settlement agreement. The parties anticipate dismissing this action in its entirety with prejudice within the next 45 days.

Respectfully submitted,

Dated:   March 9, 2018.         Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff

Notice of Settlement—1

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action.  I am employed in the County of San Diego, California.  My business address is 9845 Erma Road, Suite 300, San Diego, California 92131.  On the same day as this Certificate was executed, I electronically served copies of the attached documents:

**Notice of Settlement**

via email and First Class U.S. Mail on:

> Xerxes Martin
> Malone Akerly Martin PLLC
> 8750 N. Central Expressway
> Dallas, Texas 75231

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this, the 9th day of March, 2018, at San Diego, California.

> */s/ Roberto Robledo*
> Roberto Robledo
> Law Offices of Roberto Robledo
> 9845 Erma Road, Suite 300
> San Diego, CA 92131
> (619) 500-6683
>
> Attorneys for Plaintiffs