Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Melissa Kimari

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Melissa Kimari**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **Direct Recovery Services, LLC**, a limited liability company <br><br> Defendant. | Case No. 17-cv-2138-BEN-AGS <br><br> **Notice of Voluntary Dismissal with Prejudice, Pursuant to FRCP 41(a)(1)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action WITH PREJUDICE.

Dated:   May 16, 2018.          Law Offices of Roberto Robledo

*/s/ Roberto Robledo*
Attorneys for Plaintiff
Melissa Kimari

Notice of Voluntary Dismissal—1

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 9845 Erma Road, Suite 300, San Diego, California 92131. On the same day as this Certificate was executed, I served via email and U.S. Mail copies of the attached documents:

> **Notice of Voluntary Dismissal With Prejudice, Pursuant to FRCP 41(a)(1)**

on the following parties in this action:

>  Xerxes Martin
>  MALONE AKERLY MARTIN PLLC.
>  8750 N. Central Expressway, Suite 1850
>  Dallas, Texas 75231

Attorneys for Defendant

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 16th day of May, 2018, at San Diego, California.

>  /s/ Roberto Robledo
>  Roberto Robledo
>  Law Offices of Roberto Robledo
>  9845 Erma Road, Suite 300
>  San Diego, CA 92131
>  (619) 500-6683
>
>  Attorneys for Plaintiff